DIVIDENDS REMITTED TO THE COURT

Case Number 09-21103 - HUEY, MYRLEEN LOUISE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000006 | 216.02 | 4.92 |

*Ck. #106* (handwritten)

---------- Remittance Total --------------   216.02   4.92

*Richard Baumgart* (signature)

RICHARD A. BAUMGART, Trustee

FILED 10 NOV -8 PM 2:27